LARRY D. LANGLEY (55828)
LANGLEY LAW FIRM, P.C.
8170 North 86th Place, Suite 100
Scottsdale, Arizona 85258
(480) 609-9616
(480) 609-9620 Fax
docketing@langleyazlaw.com

*Attorneys for Defendant Pacific Specialty Insurance Company, Inc., a California corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Avina, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Pacific Specialty Insurance Company, Inc.<br><br>Defendant. | Civil Action No. 3:12-cv-02364-MEJ<br><br>**ORDER GRANTING STIPULATED REQUEST TO REMAND TO SAN MATEO COUNTY COURT**<br><br>(Honorable Maria-Elena James) |

Pursuant to the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that this matter is remanded to San Mateo County Superior Court.

GRANTED this __18th__ day of May, 2012.

_____
Honorable Maria-Elena James

1